# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| | | |
|---|---|---|
| United States of America<br>v.<br><br>HARRY MILLER<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) | Case No. 3:23-114 MJ<br><br>[UNDER SEAL] |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March of 2023 in the county of Blair in the Western District of Pennsylvania, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(a)(1)(A) | Engage in the Business of Dealing and Manufacturing Firearms Without a License |
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm or Ammunition by a Convicted Felon |
| 18 U.S.C. § 371 | Conspiracy to Deal and Manufacture Firearms Without a License |
| 26 U.S.C. § 5861(a) | Engage in Business as a Manufacturer or Dealer in Firearms without having Paid the Special Tax Required by 26 U.S.C. § 5801 |

This criminal complaint is based on these facts:

See Attached.

☑ Continued on the attached sheet.

/s/ Michael Namey
*Complainant's signature*

Michael Namey, ATF Special Agent
*Printed name and title*

Sworn and subscribed before me, by telephone pursuant to Fed. R. Crim. P. 4.1(b)(2)(A).

Date: 04/26/2023

*Judge's signature*

City and state: Johnstown, Pennsylvania     KEITH A. PESTO, United States Magistrate Judge
*Printed name and title*