IN THE UNITED STATES DISTICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)   Case No. 3:23-mj-00114-KAP-1
v. )
)
HARRY MILLER )

### PROBABLE CAUSE ORDER

AND NOW, this 19th day of May 2023, following waiver of Preliminary Hearing, the Court finds that probable cause exists which supports a finding that the charged violations have been committed by the defendant.

BY THE COURT:

_____
Keith A. Pesto
United States Magistrate Judge